# Ralph N. Gaboury
**Attorney at Law**

August 20, 2020

> Application GRANTED.  The initial pretrial conference is adjourned from **September 3, 2020** to **September 17, 2020 at 10:30 A.M.**  The parties shall file, in ECF, materials for the conference by **September 10, 2020**.  The parties shall call (888) 363-4749 and use Access Code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time.
>
> SO ORDERED.          Dated: August 21, 2020           New York, New York
>
> *[signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**Via ECF Filing**

Hon. Lorna G. Schofield, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    *Harbus v. Sheridanhoops, Inc.* **(Docket No. 1:20-cv-3268-LGS)**

<u>**Consented Request to Adjourn Initial Conference for Two Weeks to September 17, 2020 (with pre-conference materials to be due 9/10/2020)**</u>

Dear Judge Schofield:

    I am *pro bono* counsel for Defendant Sheridanhoops, Inc.  Defendant makes this consented motion pursuant to Fed. R. Civ. P. 6(b)(1)(A), and pursuant to Rule I.B.2 of the Court's Individual Rules & Procedures for Civil Cases.

    **For good cause, Defendant requests that the Initial Conference currently scheduled for September 3, 2020 (with pre-conference materials due on August 27, 2020), be adjourned for two weeks to September 17, 2020, with the pre-conference materials due to be filed by the parties by September 10, 2020 (one week prior).**  This is Defendant's first such request.  As communicated by Plaintiff's counsel over electronic mail, Plaintiff consents to this request.

    Defendant respectfully sets forth the following reasons as good cause for this request:  (1) I will be on vacation and traveling to visit family starting on Friday, August 21, 2020, returning on Monday, August 31, 2020; (2) as such it will be extremely difficult for me to draft and coordinate with opposing counsel as to the pre-conference materials currently due to be filed by August 27, 2020 – which falls in the middle of my time away; and (3) a short two week adjournment will allow me to return from my trip and to then prepare properly the pre-conference materials with opposing counsel.

**Hon. Lorna G. Schofield**
**August 20, 2020**
**Page 2**

      Accordingly, Defendant respectfully requests the Court grant this consented adjournment request for good cause. Thank you.

      Respectfully submitted,

      Ralph N. Gaboury (RG-8207)

cc: Richard Liebowitz *(counsel for Plaintiff) (by ECF filing)*

Ralph N. Gaboury
Attorney at Law