UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                     :
RICHARD HARBUS,                              :
                               Plaintiff,   :
                                                      :           20 Civ. 3268 (LGS)
              -against-               :
                                                      :               ORDER
SHERIDANHOOPS, INC.,              :
                               Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on September 11, 2020, a Civil Case Management Plan and Scheduling Order ("CMP") was issued at Dkt. No. 16.

       WHEREAS, in the CMP, the parties were directed to file a joint status letter by November 17, 2020.  Dkt. No. 16.  The parties have failed to file that status letter.  It is hereby

       **ORDERED** that, by **November 25, 2020**, that parties shall file a joint status letter, as outlined in Individual Rule IV.A.2.

Dated: November 19, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE