UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD HARBUS,
                               Plaintiff,

                        20 Civ. 3268 (LGS)
          -against-

                        ORDER

SHERIDANHOOPS, INC.,
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Richard Liebowitz having been suspended from the practice of law in the Southern District of New York, *see In the Matter of Richard Liebowitz*, No. M-2-238 (S.D.N.Y. Nov. 25, 2020).  It is hereby

    **ORDERED** Attorney James Freeman, who will remain as counsel of record for Plaintiff, is directed to serve a copy of this Order upon Plaintiff Richard Harbus, and file proof of such service on the electronic docket of this action, no later than **December 11, 2020**.

    The Clerk of Court is respectfully directed to terminate attorney Liebowitz as counsel of record for Plaintiff in this action.

Dated: December 4, 2020
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**